UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
JAN 1 3 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| v. | ) No. 4:21CR27 HEA/SRW |
| FELIX MUNOZ-BUCIO, a/k/a Christopher Maldonado, | ) ) ) |
| Defendant. | ) ) |

## INDICTMENT
## COUNT ONE

The Grand Jury charges that:

Between on or about October 2, 2020 and December 14, 2020, with the exact dates unknown to this Grand Jury, in the Eastern District of Missouri,

**FELIX MUNOZ-BUCIO**
**a/k/a Christopher Maldonado,**

the defendant, knowing he was an alien illegally or unlawfully in the United States, knowingly possessed a firearm, to wit: a Tisas make, ZIG 1911, .45 ACP caliber, Semi-automatic pistol, serial # T0620-20Z18700 which had previously traveled in interstate or foreign commerce prior to being in the defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(5)(A), and punishable under Title 18, United States Code, Section 924(a)(2).

## COUNT TWO

The Grand Jury further charges that:

On or about October 2, 2020, in St. Louis County, in the Eastern District of Missouri,

**FELIX MUNOZ-BUCIO**
**a/k/a Christopher Maldonado,**

the defendant, in connection with the acquisition of a firearm to wit: a Tisas make, ZIG 1911, .45 ACP caliber, Semi-automatic pistol, serial # T0620-20Z18700 from Mid America Arms – St. Louis, Missouri, a licensed dealer, did knowingly furnish and exhibit a false, fictitious, and misrepresented identification to said licensed dealer, which identification was intended and likely to deceive said licensed dealer, as to a fact material to the lawfulness of such acquisition of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant represented that he was Christopher Maldonado when in fact he was Felix Munoz-Bucio.

In violation of Title 18, United States Code, Section 922(a)(6), and punishable under Title 18, United States Code, Section 924(a)(2).

## COUNT THREE

The Grand Jury further charges that:

On or about October 30, 2020, in St. Louis County, in the Eastern District of Missouri,

**FELIX MUNOZ-BUCIO**
**a/k/a Christopher Maldonado,**

the defendant, in connection with the acquisition of a firearm to wit: a Smith & Wesson make, M&P .45 Auto caliber, semi-automatic pistol, serial # NBX7185 from Mid America Arms – St. Louis, Missouri, a licensed dealer, did knowingly furnish and exhibit a false, fictitious, and misrepresented identification to said licensed dealer, which identification was intended and likely to deceive said licensed dealer, as to a fact material to the lawfulness of such acquisition of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant represented that he was Christopher Maldonado when in fact he was Felix Munoz-Bucio.

In violation of Title 18, United States Code, Section 922(a)(6), and punishable under Title 18, United States Code, Section 924(a)(2).

## COUNT FOUR

The Grand Jury further charges that:

On or about October 30, 2020, in St. Louis County, in the Eastern District of Missouri,

**FELIX MUNOZ-BUCIO**
**a/k/a Christopher Maldonado,**

the defendant, in connection with the acquisition of a firearm to wit: a Smith & Wesson make, M&P .45 Auto caliber, semi-automatic pistol, serial # NBX7185 from Mid America Arms – St. Louis, Missouri, a licensed dealer, did knowingly make a false and fictitious written statement to said dealer, which statement was intended and likely to deceive said licensed dealer with respect to a fact material to the lawfulness of the sale of said firearm under Chapter 44 of Title 18, of the United States Code, in that defendant represented that he was the actual buyer of said firearm when in fact defendant was acquiring said firearm on behalf of another person.

In violation of Title 18, United States Code, Section 922(a)(6), and punishable under Title 18, United States Code, Section 924(a)(2).

## COUNT FIVE

The Grand Jury further charges that:

On or about October 30, 2020, in St. Louis County, in the Eastern District of Missouri,

**FELIX MUNOZ-BUCIO**
**a/k/a Christopher Maldonado,**

the defendant, knowing he was an alien illegally or unlawfully in the United States, knowingly possessed a firearm, to wit: a Smith & Wesson make, M&P .45 Auto caliber, semi-automatic pistol, serial # NBX7185 which had previously traveled in interstate or foreign commerce prior to being in the defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(5)(A), and punishable under Title 18, United States Code, Section 924(a)(2).

## FORFEITURE ALLEGATION

1. Pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Sections 922(a)(6) or 922(g)(5)(A) as set forth in Counts One through Five, the defendant shall forfeit to the United States of America any firearm or ammunition involved in or used or intended to be used in said violation.

2. Specific property subject to forfeiture includes, but is not limited to, the following:

   a. Tisas make, ZIG 1911, .45 ACP caliber, Semi-automatic pistol, serial # T0620-20Z18700;

   b. Smith & Wesson make, M&P .45 Auto caliber, semi-automatic pistol, serial # NBX7185; and

   c. Miscellaneous magazines and ammunition.

3. If any of the property described above, as a result of any act or omission of the defendants:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
KENNETH R. TIHEN, #37325MO
Assistant United States Attorney